```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

VS.                                    CAUSE NO.: 3:05CR13-WHB-JCS

**DANNY HOPE**

## FINAL JUDGMENT OF ACQUITTAL

In accordance with the Opinion and Order which granted Defendant Danny Hope's Motion for Acquittal, Hope is acquitted of the charges levied against him in this case, and the case is finally dismissed.

SO ORDERED this the 16th day of December, 2005.

                                       s/ William H. Barbour, Jr.
                                       UNITED STATES DISTRICT JUDGE

tct